Debtor(s): Katrina Koonce Jurilli
United States Bankruptcy Court for the Middle District of Florida
Case No: 8:19-bk-05722-CPM

**Official Form 427 (12/15)**
**Cover Sheet for Reaffirmation Agreement**

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement and file the documents within the time set under Bankruptcy Rule 4008.

Part 1: Explain the Repayment Terms of the Reaffirmation Agreement.

1. Who is the Creditor:  Suncoast Credit Union.

2. How much is the debt?
   $17,087.16 On the date of Bankruptcy
   $17,087.16 to be paid under reaffirmation agreement.
   Repayment terms (if fixed rate): $349.95 per month for 53 months

3. Annual percentage rate of interest: 2.50 % prior to bankruptcy
   2.50% under reaffirmation agreement ( X Fixed ____Adjustable)

4. Does collateral secure the debt? If yes.

   Description: 2014 MERCEDES-BENZ C CLASS VIN# WDDGF4HB9EG236855
   Current Market Value: $17,075.00

5. Does the creditor assert that the debt is nondischargeable? ____Yes _X_ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is undischargeable.) *check yes only in issue of Reaffirmation Agreement in avoidance of an Adversary Proceeding.*

6. Using information from Schedule I: Your income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.

| Income/Expense reported on Schedule I & J | | Income/Expenses as stated on Reaffirmation Agreement. | |
|---|---|---|---|
| 6a. | Total monthly income $3,891.67 from Schedule I, line 12 | 6e. | Monthly income $3,891.67 from all sources after payroll deductions |
| 6b. | Total monthly expenses $3,842.89 From Schedule J, line 22c | 6f. | Monthly expenses $3,842.89 |
| 6c. | Total monthly payments on debts Reaffirmed not listed on Schedule J $ 0 | 6g. | Total monthly payment on debts Reaffirmed not included in monthly expenses $ 0 |

Debtor(s):  Katrina Koonce Jurilli                Case No:  8:19-bk-05722-CPM

6.d. Scheduled net monthly income: $ 48.78       6h. Net monthly income $ 48.78
Subtract lines 6b and 6c from 6a. If the             subtract sum of lines 6f and 6g from 6e
If the total is less than 0, put the number          If the total is less than 0, put the number
in brackets.                                          in brackets.

7.     Are the income amounts on lines 6a and 6e different?  No. ✓ .  If yes, explain with why they are different and complete line 10. _____

_____

8.     Are the income amounts on lines 6b and 6f different?  No. ✓ .  If yes, explain with why they are different and complete line 10. _____

_____

9.     Is the net monthly income in line 6h less than 0? No. ✓ . If yes, A presumption of hardship arises (unless the creditor is a credit union).  Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses.  Complete line 10. _____

_____

10.    Debtor's certification about line 7-9.  If any answer on lines 7-0 is Yes, the debtor must sign here.  If all the answers on lines 7-9 are No, go to line 11.

       I hereby certify that each explanation on lines 7-9 are true and correct.


_____        _____
**KATRINA K. JURILLI**                       Signature of Joint Debtor

11.    Did an attorney represent the debtor in negotiating the reaffirmation agreement?

       ____ No        ✓ Yes.  If yes did attorney execute a declaration or an
Affidavit to support the reaffirmation agreement.  No _____ Yes ✓

Part 2: Sign Here
I certify that the attached agreement is true and correct copy of the reaffirmation agreement between the parties identified on this cover sheet for reaffirmation agreement.

**Handwritten items are inputted by Debtor or Debtor's attorney**

                            *Dione Neal* (signature)
                            **Dione Neal**
                            Bankruptcy Supervisor
                            Suncoast Credit Union
                            62L010071749

**B2400A (Form 2400A) (12/15)**

> Presumption of Undue Hardship
> ☑ No Presumption of Undue Hardship
> See Debtor's Statement in Support of Reaffirmation,
> Part II below, to determine which box to check

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

**IN RE**

**CHAPTER: 7**
**CASE NO: 8:19-bk-05722-CPM**

**KATRINA K. JURILLI**
**Debtor**

### REAFFIRMATION DOCUMENTS

**Name of Creditor**: Suncoast Credit Union

*THIS IS A CREDIT UNION*

### REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions and definitions found in Part V of this Reaffirmation Documents packet.**

A.  Brief description of the original agreement being reaffirmed:   AUTO LOAN

B.  AMOUNT REAFFIRMED:        $ 17,087.16

> The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.
>
> *See the definition of "Amount Reaffirmed" in Part V. C below.*

C. **ANNUAL PERCENTAGE RATE** applicable to the Amount Reaffirmed is 2.50

*See the definition of "Annual Percentage Rate" in Part V. C below.*

This is a *(check one)* ☒ Fixed rate   ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☒ **$ 349.95** per month for **53** months starting on **06/28/2019**

☐ Describe repayment terms, including whether future payments amount(s) may be different from the initial payment amount: _____.

E. Describe the collateral, if any, securing the debt:

Description: 2014 MERCEDES-BENZ C CLASS - VIN # WDDGF4HB9EG236855

Current Market Value      $ 17,075.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☒ Yes. What was the purchase price for the collateral? $ 22,508.10
☐ No. What was the amount of the original loan?     $ _____

G. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due (including Fees & costs) | $ 17,087.16 | $ 17,087.16 |
| Annual Percentage Rate | 2.50% | 2.50% |
| Monthly Payment | $349.95 | $349.95 |

☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the Credit Limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit.

## II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.  ☑ Yes  ☐ No

B. Is the creditor a credit union?

Check one.  ☒ Yes  ☐ No

C. If your answer to Either question A. or B. above is "NO" complete a. and b. below.

a. Your present monthly income and expenses are:

   i. Monthly income from all sources after payroll deductions (take-home pay plus any other income)     $_____

   ii. Monthly expenses (including all reaffirmed debts except this one)     $_____

   iii. Amount available to pay this reaffirmed debt (subtract a. from b.)     $_____

   iv. Amount of monthly payment required for this reaffirmed debt     $_____

*If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

b. I believe this Reaffirmation Agreement will not impose an undue hardship on my dependents or on me because:

   Check one of the two statements below, if applicable:

   ☐ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   ☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because: _____
   _____

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:
   ☑ I believe this Reaffirmation Agreement is in my financial interest and I can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says ""No Presumption of Undue Hardship."*

### III. CERTIFICATION BY DEBTOR(S) AND SIGNATURE OF PARTIES

I (We) hereby certify that:

a. I (We) agree to reaffirm the debt described above.

b. Before signing this Reaffirmation Agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below:

c. The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete:

d. I am (We are) entering into this agreement voluntarily and fully informed of my (our) rights and responsibilities; and

e. I (we) have received a copy of this completed and signed Reaffirmation Documents packet.

SIGNATURE(S): (If a joint Reaffirmation Agreement, both debtors must sign.):

Date June 19, 2019        Signature X _____
                                       KATRINA K. JURILLI

Date _____        Signature _____

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor: Suncoast Credit Union             PO Box 11904, Tampa, FL 33680

Dione Neal                     _Dione Neal_           7/1/19
Bankruptcy Supervisor          *Signature*            *Date*

### IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor: (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor: and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union

Date 06/19/2019 Signature of Debtor's Attorney /s/ Kevin S. Garris

Print Name of Debtor's Attorney Kevin Sylvester Garris

6. **When will this Reaffirmation Agreement be effective?**

a. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement

   i. **If the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

   ii. **If the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

b. **If you *were not represented* by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B.   INSTRUCTIONS

1. Review these Disclosures and carefully consider the decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney section (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE

                              Chapter: 7
                              Case No: 8:19-bk-05722-CPM

**KATRINA K. JURILLI**
Debtor

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this Reaffirmation Agreement.

    I believe this Reaffirmation Agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because:
*(provide any additional relevant reasons the court should consider):*

    Therefore, I ask the court for an order approving this Reaffirmation Agreement under the following provisions: (check all applicable boxes):

    ☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the Reaffirmation Agreement)
    ☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income)

Signed:_____
          **KATRINA K. JURILLI**

Date:_____