Certificate Number: 06761-FLM-DE-033062130

Bankruptcy Case Number: 19-05722



06761-FLM-DE-033062130

# C<sub>ERTIFICATE</sub> O<sub>F</sub> D<sub>EBTOR</sub> E<sub>DUCATION</sub>

I CERTIFY that on June 30, 2019, at 7:12 o'clock PM EDT, Katrina Jurilli completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 4, 2019                      By:    /s/Helen L. Cagle

                                          Name:  Helen L. Cagle

                                          Title: Manager